UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:09CR15LAC

MARK HENRY PANTLE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  May 4, 2009
Motion/Pleadings: MOTION IN LIMINE
Filed by DEFENDANT   on 5/3/09   Doc.# 27

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of May, 2009, that:*

*(a) The relief requested is **DENIED**. Moot.*

*(b) See record of proceedings.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.