**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                 CASE NO. 3:09CR15LAC

MARK HENRY PANTLE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___May 4, 2009___
Motion/Pleadings: __MOTION IN LIMINE__
Filed by __DEFENDANT__ on __5/3/09__ Doc.# __28__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of May, 2009, that:*

*(a) The relief requested is **DENIED**. Moot.*

*(b) See record of proceedings.*

                                   *s/L.A. Collier*
                                   _____
                                   **LACEY A. COLLIER**
                                   *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.