**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                    CASE NO. 3:09cr15 LAC

MARK HENRY PANTLE

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on __April 27, 2009__

Motion/Pleadings: __AMENDED MOTION TO SUPPRESS EVIDENCE, STATEMENTS AND IDENTIFICATION__

Filed by __DEFENDANT__ on __4/27/09__ Doc.# __21__

RESPONSES:

BY GOVERNMENT on __4/27/09__ Doc.# __22__

on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)             Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 12th day of May, 2009, that:*

*(a) The relief requested is **DENIED.***

*(b) See record of proceedings.*

                                              *s/L.A. Collier*
                                              ***LACEY A. COLLIER***
                                  *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.